PROB 12C
(7/93)

Report Date: May 17, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 18 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Merced Zamora

Case Number: 0980 1:16CR002041-LRS-1
0980 2:14CR000148-WFN-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Wapato, Washington 98951

Name of Sentencing Judicial Officer: The Honorable U.S. District Judge Clarence A. Brimmer (D/WY)
The Honorable Senior U.S. District Judge Wm. Fremming Nielsen

Date of Original Sentence: November 10, 2005
April 2, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute, and to Distribute, Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 846; Escape from Federal Custody, 18 U.S.C. § 751(a) |
| Original Sentence: | Prison 132 months; TSR 60 months<br>Prison 12 months and 1 day; TSR 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan |
| | Date Supervision Commenced: May 2, 2016 |
| Defense Attorney: | John Stephen Roberts, Jr. |
| | Date Supervision Expires: May 1, 2021 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number  Nature of Noncompliance

  1    **Mandatory Condition # 2**: The offender shall not commit another federal, state, or local crime.

      **Supporting Evidence**: On March 17, 2016, this officer received a police report for incident number 16P1763, from the Toppenish Police Department (TPD) charging the defendant with threats, unlawful imprisonment, and harassment. The following information was taken from the incident report:

Prob12C
**Re: Zamora, Merced**
May 17, 2016
Page 2

On Friday, May 13, 2016, TPD contacted the victim at Healthy Worker in Toppenish, Washington. The victim reported Mr. Zamora arrived at their office to provide a urinalysis (UA). While the victim was preparing paperwork for the UA, Mr. Zamora told the victim "I have something to tell you, but I'll tell you later." Mr. Zamora was escorted into the bathroom by the victim. Once inside the bathroom, Mr. Zamora accused the victim of sharing his past UA results with others. The victim denied sharing any of Mr. Zamora's UA results with anyone.

Mr. Zamora then aggressively demanded that the victim make things right and urinated in the cup for Mr. Zamora. The victim stated the UA was over and attempted to leave the bathroom. As the victim was opening the door, Mr. Zamora forced the door shut with his hand, preventing the victim from leaving freely. Mr. Zamora then approached the victim and put his fist directly in front of the victim's face. After Mr. Zamora put his fist in the victim's face, Mr. Zamora got into a boxing posture. Eventually the victim was able to yell for assistance. When other staff arrived to assist the victim, the victim was able to get out of the restroom.

As Mr. Zamora was leaving the facility, he looked at the victim and told him, "I'll see you in the streets, I know you."

TPD is requesting the following charges be filed against Mr. Zamora: threats, unlawful imprisonment and harassment. At the time this report was written, the prosecutor for the City of Toppenish had not filed any charges.

2   **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On March 16, 2016, Mr. Zamora reported to the U.S. Probation Office and submitted a urinalysis (UA) which tested presumptive positive for cocaine and methamphetamine. The UA was sent to the lab for confirmation. Mr. Zamora denied any illegal drug use after providing the UA.

On March 17, 2016, this officer spoke with Mr. Zamora about his UA test. Mr. Zamora admitted to this officer that he consumed methamphetamine and cocaine on March 13, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 17, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
Re: Zamora, Merced
May 17, 2016
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

5/18/17
_____
Date